**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
  amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Affiliated Physicians and Employers Master Trust |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA  Members Health Plan NJ |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-6416517 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 80 Cottontail Lane <br> Suite 204 <br> Somerset, NJ 08873 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Somerset <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor    Affiliated Physicians and Employers Master Trust

_____    Case number (*if known*) _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5251_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Affiliated Physicians and Employers Master Trust**
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____ When _____  Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    Affiliated Physicians and Employers Master Trust                    Case number (*if known*)
          Name

☐  $50,001 - $100,000          ☐  $10,000,001 - $50  million      ☐  $1,000,000,001 - $10 billion
☐  $100,001 - $500,000         ☐  $50,000,001 - $100 million      ☐  $10,000,000,001 - $50 billion
☐  $500,001 - $1 million       ☐  $100,000,001 - $500 million     ☐  More than $50 billion

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 24, 2021
                MM / DD / YYYY

X /s/ Lawrence Downs                                    Lawrence Downs
Signature of authorized representative of debtor        Printed name

Title    Chairman of Affiliated Physicians and
         Employers Master Trust

**18. Signature of attorney**

X /s/ Daniel M. Stolz                    Date    May 24, 2021
Signature of attorney for debtor                 MM / DD / YYYY

Daniel M. Stolz
Printed name

GENOVA BURNS LLC
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Number, Street, City, State & ZIP Code

Contact phone    (973) 467-2700    Email address    dstolz@genovaburns.com

028461980 NJ
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| **In the Matter of:** } | |
| } | Case No. |
| **Affiliated Physicians and Employers** } | |
| **Master Trust d/b/a Members Health Plan NJ**, } | Chapter 11 |
| } | |
| **Debtor** } | |

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Dawn Clessuras, declare under penalty of perjury that I am the Secretary of Affiliated Physicians and Employers Master Trust ("Trust"), and that the following is a true and correct copy of the resolutions adopted by the Trust's Executive and Finance Committee members, with the authority granted by the Trust's Board of Trustees, at a special meeting duly called and held on the 19th day of May, 2021.

"Whereas, it is in the best interest of this Trust to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Lawrence Downs, Chairman of this Trust, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Trust; and

Be It Further Resolved, that Lawrence Downs, Chairman of this Trust is authorized and directed to appear in all bankruptcy proceedings on behalf of the Trust, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Trust in connection with such bankruptcy case, and

Be It Further Resolved, Lawrence Downs, Chairman of this Trust is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Trust in such bankruptcy case."

Date: May 19, 2021                    Signed:_____
                                                            Dawn Clessuras, Secretary

Resolution of Board of Directors
of
Affiliated Physicians and Employers Master Trust
d/b/a Members Health Plan NJ

Whereas, it is in the best interest of this Trust to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Lawrence Downs, Chairman of this Trust, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Trust; and

Be It Further Resolved, that Lawrence Downs, Chairman of this Trust is authorized and directed to appear in all bankruptcy proceedings on behalf of the Trust, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Trust in connection with such bankruptcy case, and

Be It Further Resolved, that Lawrence Downs, Chairman of this Trust is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Trust in such bankruptcy case.

Date:  May 19, 2021              Signed:_____
                                        Dawn Clessuras, Secretary

**Fill in this information to identify the case:**

Debtor name ___Affiliated Physicians and Employers Master Trust___

United States Bankruptcy Court for the:   ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 24, 2021___        X */s/ Lawrence Downs*
                                      Signature of individual signing on behalf of debtor

                                      Lawrence Downs
                                      Printed name

                                      Chairman of Affiliated Physicians and Employers Master Trust
                                      Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Affiliated Physicians and Employers Master Trust |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aetna PO Box 88863 Chicago, IL 60695-1863 | | Claims Funding | | | | $1,669,022.64 |
| O.C.A. Benefit Services, LLC 3705 Quakerbridge Road Suite 216 Mercerville, NJ 08619 | | Vendor | | | | $30,126.08 |
| AAJ Technologies 500 W. Cypress Creeek Rd Suite 570 Fort Lauderdale, FL 33309 | | Vendor | | | | $27,789.70 |
| Acrisure, LLC 310 Passaic Ave Suite 202 Fairfield, NJ 07004 | | Broker | | | | $0.00 |
| Aetna PO Box 88863 Chicago, IL 60695-1863 | | Vendor | | | | $0.00 |
| Alliance Benefit Solutions LLC 1800 Rt. 34, Bldg 2, #207 Wall, NJ 07719 | | Broker | | | | $0.00 |
| Altigro Benefit Services 3 Route 46 West Fairfield, NJ 07004 | | Broker | | | | $0.00 |
| Altomare Financial Group 1680 Route 23 North Suite 200 Wayne, NJ 07470 | | Broker | | | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Affiliated Physicians and Employers Master Trust | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ambassador Benefits Consulting, LLC 36 Ambassador Drive PO Box 8595 Red Bank, NJ 07701 | | Broker | | | | $0.00 |
| American Benefits Planning Group 25 Independence Blvd. Suite 102 Warren, NJ 07059 | | Broker | | | | $0.00 |
| Amita M. Patel DDS 659 New Dover Road Edison, NJ 08820 | | Broker | | | | $0.00 |
| Anthony Canderozzi 10 Swallow Tail Court Jackson, NJ 08527 | | Broker | | | | $0.00 |
| Anthony J. Fonseca Agency, LLC PO Box 1044 Springfield, NJ 07081 | | Broker | | | | $0.00 |
| Anthony P. Carro 7 Westbrook Drive Morganville, NJ 07751 | | Broker | | | | $0.00 |
| Anthony S. Cupo Agency 50 Mount Prospect Ave Clifton, NJ 07013 | | Broker | | | | $0.00 |
| AP Benefit Advisors/Assured Partners 718 River Road Fair Haven, NJ 07704 | | Broker | | | | $0.00 |
| April L. Masefield 122 Seminole Ave Oakland, NJ 07436 | | Broker | | | | $0.00 |
| Bala Subramanian 14 Waldhaven Court Piscataway, NJ 08854 | | Broker | | | | $0.00 |
| BIONJ 200 Jefferson Park Whippany, NJ 07981 | | Broker | | | | $0.00 |
| BIS Risk Management, Inc. 520 Speedwell Ave Suite 105 Morris Plains, NJ 07950 | | Broker | | | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Affiliated Physicians and Employers Master Trust

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $        0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................   $    6,303,036.05

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................   $    6,303,036.05

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $        0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $        0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    1,726,938.42

4.  Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b   $    1,726,938.42

**Fill in this information to identify the case:**

Debtor name ___Affiliated Physicians and Employers Master Trust___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | TD Bank | Operating checking account | 4295 | $197,779.84 |
| 3.2. | TD Bank | Medical Claims Account-checking | 4302 | $210,596.88 |
| 3.3. | TD Bank | DOBI Custodial Account | 6302 | $206,638.84 |
| 3.4. | Bank of America | Operating Account | 2073 | $637,782.15 |
| 3.5. | Bank of America | Operating Account-2 | 2086 | $3,808,349.34 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $5,061,147.05

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    <u>Affiliated Physicians and Employers Master Trust</u>    Case number *(If known)* _____
       Name

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:    2,483,778.00   -   1,241,889.00  = ....    $1,241,889.00
                           face amount               doubtful or uncollectible accounts

    11b. Over 90 days old:    943,781.00   -   943,781.00  =....    $0.00
                           face amount               doubtful or uncollectible accounts

12.    **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    $1,241,889.00

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Affiliated Physicians and Employers Master Trust | Case number *(If known)* |
|--------|--------------------------------------------------|--------------------------|
|        | Name                                             |                          |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** customer listing | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** Yes | $0.00 | | $0.00 |
| 65. **Goodwill** | | | |

**66. Total of Part 10.**

| | $0.00 |
|--|-------|

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Affiliated Physicians and Employers Master Trust | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,061,147.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,241,889.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,303,036.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,303,036.05 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___Affiliated Physicians and Employers Master Trust___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Affiliated Physicians and Employers Master Trust_____

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

   1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

      ■ No. Go to Part 2.

      ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

   3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
      out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,789.70 |
|---|---|---|---|
|  | AAJ Technologies | ☐ Contingent | |
|  | 500 W. Cypress Creeek Rd | ☐ Unliquidated | |
|  | Suite 570 | ☐ Disputed | |
|  | Fort Lauderdale, FL 33309 | | |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _Vendor_ | |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
|  | Acrisure, LLC | ☐ Contingent | |
|  | 310 Passaic Ave | ☐ Unliquidated | |
|  | Suite 202 | ☐ Disputed | |
|  | Fairfield, NJ 07004 | | |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _Broker_ | |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
|  | Aetna | ☐ Contingent | |
|  | PO Box 88863 | ☐ Unliquidated | |
|  | Chicago, IL 60695-1863 | ☐ Disputed | |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _Vendor_ | |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,669,022.64 |
|---|---|---|---|
|  | Aetna | ☐ Contingent | |
|  | PO Box 88863 | ☐ Unliquidated | |
|  | Chicago, IL 60695-1863 | ☐ Disputed | |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _Claims Funding_ | |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Affiliated Physicians and Employers Master Trust**
     Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      Unknown |

**3.5**

**Nonpriority creditor's name and mailing address**
Alliance Benefit Solutions LLC
1800 Rt. 34, Bldg 2, #207
Wall, NJ 07719

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.6**

**Nonpriority creditor's name and mailing address**
Altigro Benefit Services
3 Route 46 West
Fairfield, NJ 07004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7**

**Nonpriority creditor's name and mailing address**
Altomare Financial Group
1680 Route 23 North
Suite 200
Wayne, NJ 07470

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8**

**Nonpriority creditor's name and mailing address**
Ambassador Benefits Consulting, LLC
36 Ambassador Drive
PO Box 8595
Red Bank, NJ 07701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.9**

**Nonpriority creditor's name and mailing address**
American Benefits Planning Group
25 Independence Blvd.
Suite 102
Warren, NJ 07059

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10**

**Nonpriority creditor's name and mailing address**
Amita M. Patel DDS
659 New Dover Road
Edison, NJ 08820

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.11**

**Nonpriority creditor's name and mailing address**
Anthony Canderozzi
10 Swallow Tail Court
Jackson, NJ 08527

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  Affiliated Physicians and Employers Master Trust

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | Unknown |

Anthony J. Fonseca Agency, LLC
PO Box 1044
Springfield, NJ 07081

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | Unknown |

Anthony P. Carro
7 Westbrook Drive
Morganville, NJ 07751

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | Unknown |

Anthony S. Cupo Agency
50 Mount Prospect Ave
Clifton, NJ 07013

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | Unknown |

AP Benefit Advisors/Assured Partners
718 River Road
Fair Haven, NJ 07704

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | Unknown |

April L. Masefield
122 Seminole Ave
Oakland, NJ 07436

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | Unknown |

Bala Subramanian
14 Waldhaven Court
Piscataway, NJ 08854

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | Unknown |

BIONJ
200 Jefferson Park
Whippany, NJ 07981

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

BIS Risk Management, Inc.
520 Speedwell Ave
Suite 105
Morris Plains, NJ 07950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Blue Ocean Benefits
1971 State Hwy 34
Suite 202
Wall, NJ 07719

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Boynton & Boynton
21 Cedar Ave
Red Bank, NJ 07704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Brainbuilders, LLC
945 River Ave., Suite 201
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Lawsuit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Broker on Demand LLC
1088 Hoover Drive
North Brunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Brown & Brown of Pennsylvania LP
125 E. Elm Street
Suite 210
Conshohocken, PA 19428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Cape Life & Health LLC
1022 Seashore Road
Cape May, NJ 08204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

CBIZ Benefits Insurance Services, Inc.
700 West 4th Street
Suite 1100
Kansas City, MO 64112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Centerpoint Consulting
461 Somerset St.
North Plainfield, NJ 07060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Centerstone Insurance & Financial Svcs
12404 Park Central Drive
Suite 400S
Dallas, TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Chadler Solutions
100 Passaic Ave.
Suite 120
Fairfield, NJ 07004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Chas E Rue & Son, Inc.
3812 Quakerbridge Road
Hamilton, NJ 08619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Christina King
475 Metro Place S. #210
Dublin, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Christopher DeMarco
72 Eagle Rock Ave., #260
East Hanover, NJ 07936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Affiliated Physicians and Employers Master Trust | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | **Nonpriority creditor's name and mailing address**

Clarke Insurance Agency, Inc.
211 High Street
Mount Holly, NJ 08060

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.34** | **Nonpriority creditor's name and mailing address**

Coastal Financial Group
150 River Road
Suite E3
Montville, NJ 07045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.35** | **Nonpriority creditor's name and mailing address**

Concord Management Resources
399 Campus Dr.
Suite 300, Floor 3
Somerset, NJ 08873

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.36** | **Nonpriority creditor's name and mailing address**

Congilose & Associates, Inc.
2111 Route 34 South
Wall, NJ 07719

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.37** | **Nonpriority creditor's name and mailing address**

Conner Strong & Buckelew Companies, LLC
PO Box 99106
Camden, NJ 08101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.38** | **Nonpriority creditor's name and mailing address**

Cook Maran & Assocaites, Inc.
40 Marcus Drive, 3rd Fl.
Melville, NY 11937

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.39** | **Nonpriority creditor's name and mailing address**

Cooper Levenson
1125 Atlantic Ave
Atlantic City, NJ 08401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Core Benefit Concepts, LLC
338 Post Avenue
Lyndhurst, NJ 07071

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Cornerstone Financial Group
51 Main Street
Succasunna, NJ 07876

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Corporate Benefit Solutions
704 Passaic Ave.
West Caldwell, NJ 07006

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Corporate Star, LLC
1001 West Main St.
Suite C
Freehold, NJ 07728

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Corporate Synergies Group, LLC
2 Aquarium Drive
Suite 200
Camden, NJ 08103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Dacca Insurance Agency, LLC
2 Katie Court
Lakewood, NJ 08701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Daniel Carnicella
661 Franklin Ave
Nutley, NJ 07110

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Daniel Goldstein Insurance Agency, Inc.
1119 Somerset Ave.
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

David O'Neill
8 Baltimore Blvd.
Sea Girt, NJ 08750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Deepak Belani
3406 Springbrook Drive
Edison, NJ 08820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Deerwalk, Inc.
430 Bedford Street
Suite 175
Lexington, MA 02420

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Definitive Insurance Mgmt Services, Inc.
24 Arnett Ave.
Suite 115
Lambertville, NJ 08530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Delta Dental
1639 Rte 10
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Digital Insurance, Inc.
200 Galleria Parkway
Suite 1950
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    Affiliated Physicians and Employers Master Trust                    Case number (if known) _____
_____
Name

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|----|----|----|

**Nonpriority creditor's name and mailing address**
Doamm Agency, LLC
3131 Princeton Pike
Bldg. #6, Suite #201
Lawrenceville, NJ 08648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Broker

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.55 **Nonpriority creditor's name and mailing address**
Dominion Financial Group
766 Shrewsbury Ave.
Suite 304
Tinton Falls, NJ 07724

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Broker

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.56 **Nonpriority creditor's name and mailing address**
Dorothy Albala
2131 Burtonsville Drive
Henderson, NV 89044

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Broker

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.57 **Nonpriority creditor's name and mailing address**
Edward J. Marko
239 Prospect Plains Road
Suite C202
Monroe Township, NJ 08831

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Broker

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.58 **Nonpriority creditor's name and mailing address**
Elena Novikova
147 Levinberg Lane
Wayne, NJ 07470

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Broker

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.59 **Nonpriority creditor's name and mailing address**
Eli Benefits LLC
11 Timber Trail
Boonton, NJ 07005

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Broker

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.60 **Nonpriority creditor's name and mailing address**
Emerson, Reid & Co., Inc.
3669 River Drive Center II
Suite 305
Elmwood Park, NJ 07407

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Broker

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

Unknown

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|--------|--------------------------------------------------|------------------------|--|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Faenza Family Insurance Agency LC
285 Gordons Corner Road
Manalapan, NJ 07726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

FFP Insurance Services
871 Poole Ave.
Hazlet, NJ 07730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

FNA Insurance Services, Inc.
1000 Woodbury Lane
Suite 403
Woodbury, NY 11797

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Forest Financial Group
52 Forest Ave.
Paramus, NJ 07652

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Francis J. White
PO Box 35
Kendall Park, NJ 08824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Frank M. Scozzafava
11 Sunflower Avenue
Prudential
Paramus, NJ 07652

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Gallagher Benefit Services
2850 Golf Road
Rolling Meadows, IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.68**

**Nonpriority creditor's name and mailing address**

Garrick Cox, MD LLC
246 Hamburg Turnpike
Suite 302
Wayne, NJ 07470

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.69**

**Nonpriority creditor's name and mailing address**

Gary O. Genuario
113 East Passaic Ave.
Bloomfield, NJ 07003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.70**

**Nonpriority creditor's name and mailing address**

Gerald L. Goldfischer
1354 River Road
Teaneck, NJ 07666

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.71**

**Nonpriority creditor's name and mailing address**

Gilbert Carrara Insurance Agency, Inc.
466 Southern Blvd.
Washington Bldg., 2nd Fl.
Chatham, NJ 07928

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.72**

**Nonpriority creditor's name and mailing address**

Glenn E. Stephenson
3 Werner Way
Suite 204
Lebanon, NJ 08833

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.73**

**Nonpriority creditor's name and mailing address**

Glushanok & Associates LLC
1 International Blvd.
Suite 720
Mahwah, NJ 07495

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.74**

**Nonpriority creditor's name and mailing address**

Grinspec of NJ dba Centric Benefits Cons
219 South Street
New Providence, NJ 07974

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor   Affiliated Physicians and Employers Master Trust                                    Case number (if known) _____
_____
Name

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Group Health Solutions, Inc.
437 E. Allen St., 2nd Fl.
Hudson, NY 12534

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address** 3.76
Guardian Life Insurance Co.
PO Box 824404
Philadelphia, PA 19182-4404

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address** 3.77
Hafetz and Associates, LLC
609 New Road
Linwood, NJ 08221

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address** 3.78
Harbor Lights Risk Management
252 Washington St.
Suite B1
Toms River, NJ 08753

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address** 3.79
Harry Riesenberg
623 Eagle Rock Ave.
#382
West Orange, NJ 07052

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address** 3.80
HCP National Insurance Services
16A Journey, Suite 150
Aliso Viejo, CA 92656

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address** 3.81
Healthcare Business Planning Group, LLC
PO Box 443
Manalapan, NJ 07726

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Henry O. Baker, Inc.
7 S. Warren St.
Dover, NJ 07801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Herbert L. Jamison & Co., LLC
20 Commerce Drive
Suite 200
Cranford, NJ 07016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

HUB International Northeast Limited
1393 Veterans Memorial Hwy
Suite 210N
Hauppauge, NY 11788

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Hudson Shore Group
141 W. Front St.
Suite 310
Red Bank, NJ 07701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Hudson Wealth Management LLC
30 Broad Street
Suite 2
Red Bank, NJ 07701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Hueston McNulty, P.C.
256 Columbia Turnpike
Suite 207
Florham Park, NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ideal Insurance Agency
326 3rd Street
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.89**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Innovative Captive Strategies, LLC | ☐ Contingent | |
| 2727 Grand Prairie Parkway | ☐ Unliquidated | |
| Waukee, IA 50263 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.90**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Innovative Life and Health Corp. | ☐ Contingent | |
| 116 Tamarack Circle | ☐ Unliquidated | |
| Skillman, NJ 08558 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.91**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Insurance Compliance Agency, Inc. | ☐ Contingent | |
| 2 Kellie Court | ☐ Unliquidated | |
| Califon, NJ 07853 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.92**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Integrative Health & Benefit Solutions L | ☐ Contingent | |
| 14 Carol Place | ☐ Unliquidated | |
| Freehold, NJ 07728 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.93**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Integrity Health LLC | ☐ Contingent | |
| 76 W. Gilbert St. | ☐ Unliquidated | |
| Red Bank, NJ 07701 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.94**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| IOA Northeast Inc. | ☐ Contingent | |
| 1451 Route 34 | ☐ Unliquidated | |
| Suite 100 | ☐ Disputed | |
| Farmingdale, NJ 07727 | **Basis for the claim:** Broker | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.95**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| J.D. Moschitto & Associates, Inc. | ☐ Contingent | |
| 2 Lyon Place | ☐ Unliquidated | |
| White Plains, NY 10601 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address**

Jabulani Lovelace
282 Dewey Place
Teaneck, NJ 07666

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.97** | **Nonpriority creditor's name and mailing address**

Jacobson, Goldfarb and Scott, Inc.
101 Crawfords Corner Road
Suite 1300
Holmdel, NJ 07733

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.98** | **Nonpriority creditor's name and mailing address**

James Dawson/Dawson Benefits
24 Torton Road
Mahwah, NJ 07430

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.99** | **Nonpriority creditor's name and mailing address**

James Laplaca
520 New Jersey Avenue
Brick, NJ 08724

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.100** | **Nonpriority creditor's name and mailing address**

James M. Restaino
555 South Ave. East
Unit 432
Cranford, NJ 07016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.101** | **Nonpriority creditor's name and mailing address**

James McNamara
119 Hillcrest Ave.
Neptune, NJ 07753

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102** | **Nonpriority creditor's name and mailing address**

Jamie A. Betar
1305 Campus Parkway
Wall Township, NJ 07753

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   Affiliated Physicians and Employers Master Trust                    Case number (if known)
_____
Name

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jerome P. Goldberg
110 Fieldcrest Ave.
Suite 20
Edison, NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jerzy Wiech
11 Delbarton Ct.
Hackettstown, NJ 07840

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

John C. Haugh
39 Michelle Way
Pine Brook, NJ 07058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Johnson Kendall & Johnson Benefits Inc.
109 Pheasant Run
Newtown, PA 18940

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Joseph Curcio
327 Tulip Lane
Freehold, NJ 07728

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Karabulut and Co Ins Agency LLC
318 Clifton Ave
Clifton, NJ 07011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Karen R. Kuiphoff
39 North Western Ave
Butler, NJ 07405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Karl W. Keller
840 Vail Road
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Katz Pierz Inc.
413 Marlton Pike East
Suite 110
Cherry Hill, NJ 08034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Kbenefits, LLC
13 Mead Avenue
Freehold, NJ 07728

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Kenneth J. Chiellini
249 Rockland Ave
River Vale, NJ 07675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Keown Insurance Group, LLC
640 Bensel Drive
Landing, NJ 07850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Kevin Schaffer Insurance Concepts
10 W. 18th St.
Ocean City, NJ 08226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Keystone Planning Group, LLCQ
1303 Greenway Blvd.
Roselle, NJ 07203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Affiliated Physicians and Employers Master Trust
_____
Name

Case number (if known) _____

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kistler Tiffany Benefits
400 Berwyn Park, Suite 200
899 Cassatt Road
Berwyn, PA 19312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Broker_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Konteego LLC
50 Division St., Suite 202
Somerville, NJ 08876

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Broker_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kore Insurance Holdings LLC
354 EWisenhower Parkway
Livingston, NJ 07039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Broker_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kristin M. Belger
PO Box 552
Manasquan, NJ 08736

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Broker_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Laurie Goldsmith-Heitner, CLU
750 Castleman Drive
Westfield, NJ 07090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Broker_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Law Office of Cohens and Howard LLP
766 Shrewsbury Ave
Tinton Falls, NJ 07724

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Broker_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Liberty Insurance Agency Inc.
525 Route 33
Millstone Township, NJ 08535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Broker_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124** | **Nonpriority creditor's name and mailing address**

Lincoln Management Corp.
703 Hommann Ave
Perth Amboy, NJ 08861

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.125** | **Nonpriority creditor's name and mailing address**

Marsh & McLennan Agency, LLC
250 Pehle Ave, Suite 400
Park 80 West, Plaza Two
Saddle Brook, NJ 07663

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.126** | **Nonpriority creditor's name and mailing address**

Martin Insurance Services Inc.
259 Prospect Plains Road
Bldg. F, Suite 110
Cranbury, NJ 08512

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.127** | **Nonpriority creditor's name and mailing address**

Medical Society of NJ Insurance Agency
2 Princess Road
Lawrenceville, NJ 08648

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.128** | **Nonpriority creditor's name and mailing address**

Meeker Sharkey Assoc. LLC
21 Commerce Drive
Suite 200
Cranford, NJ 07016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.129** | **Nonpriority creditor's name and mailing address**

Mercherie Bladzinski
801 SW San Antonio Dr
Palm City, FL 34990

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.130** | **Nonpriority creditor's name and mailing address**

Mid Atlantic Benefit Strategies
1800 Route 34
Building 2, Suite 201
Wall, NJ 07719

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131**

**Nonpriority creditor's name and mailing address**

Middlesex Emergency Physicians PA
PO Box 634575
Cincinnati, OH 45263-4575

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.132**

**Nonpriority creditor's name and mailing address**

MJL Insurance Agency
1075 Route 82
Suite 6
Hopewell Junction, NY 12533

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.133**

**Nonpriority creditor's name and mailing address**

Monica Cristina Murray
33506 Windcrest Estates Blvd.
Magnolia, TX 77354

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.134**

**Nonpriority creditor's name and mailing address**

Name Benefits Inc.
170 Route 31, Suite 13
Flemington, NJ 08822

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.135**

**Nonpriority creditor's name and mailing address**

New Agency Partners, LLC
20 Waterview Blvd, Suite 401
Parsippany, NJ 07054

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.136**

**Nonpriority creditor's name and mailing address**

Nick Shah
1449 Washington Valley Road
Bridgewater, NJ 08807

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.137**

**Nonpriority creditor's name and mailing address**

NJ Association of Health Underwriters
312 North Avenue East
Suite 5
Cranford, NJ 07016

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Northeast Professional Planning Group
494 Sycamore Ave
Shrewsbury, NJ 07702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,126.08

O.C.A. Benefit Services, LLC
3705 Quakerbridge Road
Suite 216
Mercerville, NJ 08619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Otterstedt Insurance Agency
540 Sylvan Ave
Englewood Cliffs, NJ 07632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Park Avenue Insurance Agency
410 Monmouth Ave
Suite 302
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Partnerre America Insurance Company
450 Sansome Street, 4th Fl.
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Patrick Bernard Grant
481 Upper Blvd.
Ridgewood, NJ 07450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Patrick M. Kuster
268 N. Chestnut St.
Massapequa, NY 11758

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Affiliated Physicians and Employers Master Trust
    Name

Case number (if known) _____

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Philip Siciliano
65 Swimming River Road
Lincroft, NJ 07738

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Precision Benefits Group
2325 Brown St., Suite 1F
Philadelphia, PA 19130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Princeton Institute of Languages
dba Inlingua
100 Canal Point Blvd, Suite 206
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Princeton Strategic Comm
160 W. State St., Suite 7
Trenton, NJ 08608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Professional Group Plans
PO Box 21219
New York, NY 10087-1219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Prudentrx, LLC
3820 Northdale Blvd.
Suite 311A
Tampa, FL 33624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

R. Stephens Financial, Inc.
10 Wilsey Square
Ridgewood, NJ 07450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Affiliated Physicians and Employers Master Trust _____   Case number (if known) _____
    Name

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Rakesh K. Sharma
c/o New York Life Insurance
379 Thornall St., 8th Fl.
Edison, NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Renee M. Snyder
54 Sandpiper Drive
Manalapan, NJ 07726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Robert D'Meo
276 Main St.
Metuchen, NJ 08840

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Robert Siegel
5 Roehm Court
West Orange, NJ 07052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Robert Van Riper Insurance Agency, Inc.
10 Orchard Road
Pompton Plains, NJ 07444

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Robert Wolf
355 Lexington Ave.
22nd Fl.
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ronald J. Costello
195 Maple Ave.
Red Bank, NJ 07701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Samra Plastic Surgery
733 North Beers Street
Holmdel, NJ 07733

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Lawsuit

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Savoy Associates
25B Hanover Road
Florham Park, NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

SDF Associates 1991 Ltd.
571 McDonald Ave.
Brooklyn, NY 11218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Shore Benefits Brokerage LLC
4 Interlaken Drive
Interlaken, NJ 07712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Sovos Compliance LLC
200 Ballardvalle St.
Building #1, 4th Fl.
Wilmington, MA 01887

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Specialized Health Services LLC
555 South Avenue East
Unit 432
Cranford, NJ 07016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Stanely H. Allen, Inc.
630 S. Brewster Road, Bldg. C
PO Box 790
Vineland, NJ 08362-0790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

State of New Jersey General Treasury
20 West State St.
PO Box 325
Trenton, NJ 08625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Stephen Bartsch
364 Parsippany Road
Suite 10B
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Stephen Degersdorff
161 Little Silver Point Road
Little Silver, NJ 07739

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Sterling Insurance Concepts
902 East County Line Road
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Strategic Benefits Group LLC
PO Box 480
Roseland, NJ 07068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Strategic Group Partners LLC
14 Ave K
Monroe Township, NJ 08831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Strategic Underwriting Solutions, Inc.
2593 Development Drive
Suite 200
Green Bay, WI 54311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173**

**Nonpriority creditor's name and mailing address**

Susan Rymer
264 Branchport Ave
Long Branch, NJ 07740

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.174**

**Nonpriority creditor's name and mailing address**

Suzanne Seligson
87 Buckingham Road
Montclair, NJ 07043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.175**

**Nonpriority creditor's name and mailing address**

Temple FAC Endocrinology
PO Box 824940
Philadelphia, PA 19182-4940

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.176**

**Nonpriority creditor's name and mailing address**

The Hamilton Group
3 Wing Drive
Cedar Knolls, NJ 07927

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.177**

**Nonpriority creditor's name and mailing address**

The HIC Group
20 Waterview Blvd.
Suite 401
Parsippany, NJ 07054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.178**

**Nonpriority creditor's name and mailing address**

The O'Connor Group
15 Wychview Drive
Westfield, NJ 07090

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.179**

**Nonpriority creditor's name and mailing address**

The Preferred Client Group LLC
11 Fowler Drive
West Orange, NJ 07052

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

The Stratford Financial Group, Inc.
271 Route 46 West
Suite G-206
Fairfield, NJ 07004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

The Wilshire Group
2035 Lincoln Highway
Suite 1080
Edison, NJ 08817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Thomas Gawron
4 Talina Court
Ramsey, NJ 07446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Thomas Giunta
203 Arbutus Ave
Staten Island, NY 10312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Total Transit Solutions, Inc.
108 Williamsburg Lane
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Two River Benefits Consultants, LLC
818 Shrewsbury Ave
Tinton Falls, NJ 07724

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

USI Insurance Services LLC
200 Summit Lake Drive
Suite 350
Valhalla, NY 10595

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Broker

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.187** | **Nonpriority creditor's name and mailing address**

Vincent Pace
4 Van Duyne Ct
Towaco, NJ 07082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.188** | **Nonpriority creditor's name and mailing address**

Whitney H Roddy Inc.
PO Box 149
Bloomfield, NJ 07003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.189** | **Nonpriority creditor's name and mailing address**

William A. Narduzzi
PO Box 480
Roseland, NJ 07068

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.190** | **Nonpriority creditor's name and mailing address**

William Henry Phelan
78 Main St.
PO Box 759
Madison, NJ 07940

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.191** | **Nonpriority creditor's name and mailing address**

William O'Shea
45 N. Broad St.
Ridgewood, NJ 07450

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.192** | **Nonpriority creditor's name and mailing address**

Willis of New Jersey, Inc.
150 John F. Kennedy Parkway
Suite 520
Short Hills, NJ 07078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.193** | **Nonpriority creditor's name and mailing address**

Windsor Strategy Partners, Inc.
777 Alexander Road
Suite 201
Princeton, NJ 08540

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.194**

Nonpriority creditor's name and mailing address

WithumSmith & Brown
506 Carnegie Center
#400
Princeton, NJ 08540

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.195**

Nonpriority creditor's name and mailing address

Workplace Benefits
13 Patricia Lane
Sparta, NJ 07871

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.196**

Nonpriority creditor's name and mailing address

World Insurance Associates LLC
656 Shrewsbury Ave
Suite 200
Tinton Falls, NJ 07701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.197**

Nonpriority creditor's name and mailing address

Zimmerman Financial Group, Inc.
7 Stadelman Court
Kendall Park, NJ 08824

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Lawall & Mitchell, LLC<br>55 Madison Ave.<br>Morristown, NJ 07960 | Line 3.159<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Mazie, Slater, Katz & Freeman, LLC<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | Line 3.68<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Vafa Sarmasti, Esq.<br>Samasti, PLLC<br>271 US Highway 46 W<br>Suite A205<br>Fairfield, NJ 07004 | Line 3.24<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $  0.00 |

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |
|--------|--------------------------------------------------|------------------------|---|
| | Name | | |

**5b. Total claims from Part 2**          5b.  +  $          1,726,938.42

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.          5c.          $          1,726,938.42

**Fill in this information to identify the case:**

Debtor name ___Affiliated Physicians and Employers Master Trust___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining   42 months<br>List the contract number of any government contract | Aetna-MSA<br>9 Entin Road, Suite 203<br>Parsippany, NJ 07054 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining   5 months<br>List the contract number of any government contract | Aetna-RX<br>9 Entin Road, Suite 203<br>Parsippany, NJ 07054 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CMR<br>80 Cottontail Lane, Suite 204<br>Somerset, NJ 08873 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Cooper Levenson<br>1125 Atlantic Ave<br>Atlantic City, NJ 08401 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Affiliated Physicians and Employers Master Trust                                    Case number (if known)
_____                         _____
First Name          Middle Name          Last Name

<div style="background:purple"></div>   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 6 months |
| | List the contract number of any government contract | |

Deerwalk
430 Bedford St
Lexington, MA 02420

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Delta Dental of NJ-PPO
1639 Route 10
Parsippany, NJ 07054

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Diligent
1111 19th St NW, 9TH fL.
Washington, DC 20036

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Guardian
4 Campus Drive, Suite 100
Parsippany, NJ 07054

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

HCP National
16A Journey, Suite 150
Aliso Viejo, CA 92656

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | |

Hueston McNulty
Anthony Chirles, Jr., Esq.
Hueston McNulty PC
256 Columbia Tpke, Suite 207
Florham Park, NJ 07932

Debtor 1    Affiliated Physicians and Employers Master Trust                                    Case number *(if known)*
_____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Jet Health Solutions |
| | List the contract number of any government contract | 6301 NW 5th Way Suite 1700 Fort Lauderdale, FL 33309 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | OCA |
| | List the contract number of any government contract | 3705 Quakerbridge Road Suite 216 Mercerville, NJ 08619 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Partner RE |
| | List the contract number of any government contract | 6900 Wedgewood Road North Suite 120 Maple Grove, MN 55311 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Princeton Strategies |
| | List the contract number of any government contract | 160 West State St. Trenton, NJ 08608 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Windsor Strategy Partners, Inc. |
| | List the contract number of any government contract | 777 Alexander Road Suite 201 Princeton, NJ 08540 |

**Fill in this information to identify the case:**

Debtor name _____Affiliated Physicians and Employers Master Trust_____

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                               12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

#### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___ Affiliated Physicians and Employers Master Trust ___

United States Bankruptcy Court for the: ___ DISTRICT OF NEW JERSEY ___

Case number (if known) ___

☐ Check if this is an
    amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2021 to Filing Date | ■ Operating a business<br>☐ Other ___ | $81,626,793.00 |
| For prior year:<br>From  1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other ___ | $223,737,988.00 |
| For year before that:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other ___ | $208,438,684.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2021 to Filing Date | Interest from Bank | $26.00 |
| For prior year:<br>From  1/01/2020 to 12/31/2020 | Investment Income | $1,242,873.00 |
| For year before that:<br>From  1/01/2019 to 12/31/2019 | Investment Income | $526,714.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

| Debtor | Affiliated Physicians and Employers Master Trust | Case number *(if known)* | |

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. ****SEE ATTACHED RIDER**** | | $12,440,322.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Samra v. QualCare, Jane Doe, John Doe<br>MON-L-1722-20 | Civil | Superior Court of NJ<br>Law Div., Special Civil part<br>Monmouth County<br>PO Box 1251<br>Freehold, NJ 07728 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    Affiliated Physicians and Employers Master Trust                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.  Cox v. AP MEWA, Aetna<br>ESX-L-0677-21 | Civil | Superior Court of New Jersey<br>Essex County Courthouse<br>50 W. Market Street<br>Newark, NJ 07102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  Brainbuilders v. QualCare, AP<br>MEWA<br>MID-L-001361-21 | Civil | Superior Court of New Jersey<br>Middlesex Vicinage Civil<br>Division<br>PO Box 2633<br>56 Paterson Street<br>New Brunswick, NJ<br>08903-2633 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Affiliated Physicians and Employers Master Trust                    Case number *(if known)*  _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | GENOVA BURNS LLC 110 Allen Road Suite 304 Basking Ridge, NJ 07920 | Attorney Fees and filing fee | | $51,738.00 |
| | **Email or website address** dstolz@genovaburns.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | Affiliated Physicians and Employers Master Trust | Case number *(if known)* |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.

Personally identifiable information is maintained by certain of the Debtor's vendors. The Debtor does not directly retain any information. The Debtor understands these vendors are obligated to protect such information from unauthorized disclosure.

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:  Details About Environment Information**

| Debtor | Affiliated Physicians and Employers Master Trust | Case number (if known) | |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Concord Management Resources 80 Cottontail Lane, Suite 204 Somerset, NJ 08873 | 12/1/2017 - current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Affiliated Physicians and Employers Master Trust _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1. Withum, Smith & Brown<br>1 Tower Center Blvd.<br>14th Fl.<br>East Brunswick, NJ 08816 | 1/1/2019 - current |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Concord Management Resources<br>80 Cottontail Lane, Suite 204<br>Somerset, NJ 08873 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. NJ State Dept of Banking and Insurance |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ****SEE ATTACHED RIDER**** | | | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Affiliated Physicians and Employers Master Trust          Case number *(if known)* _____

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    Affiliated Physicians and Employers Master Trust _____    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 24, 2021 _____

/s/ Lawrence Downs _____    Lawrence Downs _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Chairman of Affiliated Physicians and
Employers Master Trust _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

RIDER TO SOFA #3

A listing of all payments made to creditors within the past ninety (90) days which exceeded $6,225.00.

Payments processed 2/1/21 - 5/20/21

| Vendor Name | Payment # | Payment Date | Payment |
| --- | --- | --- | --- |
| AAJ TECHNOLOGIES | 21703 | 2/24/2021 | 31,335.20 |
| AAJ TECHNOLOGIES | 21872 | 4/7/2021 | 30,977.00 |
| AAJ TECHNOLOGIES | 21882 | 4/19/2021 | 29,060.00 |
| AETNA | 03/21 ACH | 3/22/2021 | 750,817.62 |
| AETNA | 02/21 ACH | 2/17/2021 | 677,714.21 |
| AETNA | 05/21 ACH | 5/13/2021 | 614,116.96 |
| AETNA | 04/21 ACH | 4/22/2021 | 581,012.33 |
| AP BENEFIT ADVISORS/ASSURED PARTNERS | 21892 | 4/19/2021 | 50,070.54 |
| AP BENEFIT ADVISORS/ASSURED PARTNERS | 22049 | 5/13/2021 | 47,844.48 |
| AP BENEFIT ADVISORS/ASSURED PARTNERS | 21542 | 2/15/2021 | 47,808.07 |
| AP BENEFIT ADVISORS/ASSURED PARTNERS | 21720 | 3/17/2021 | 42,094.17 |
| BLUE OCEAN BENEFITS | 21546 | 2/15/2021 | 8,607.41 |
| BLUE OCEAN BENEFITS | 21723 | 3/17/2021 | 6,259.92 |
| CENTERSTONE INSURANCE & FINANCIAL SVCS | 21902 | 4/19/2021 | 122,932.92 |
| CENTERSTONE INSURANCE & FINANCIAL SVCS | 21553 | 2/15/2021 | 119,515.79 |
| CENTERSTONE INSURANCE & FINANCIAL SVCS | 22059 | 5/13/2021 | 108,630.46 |
| CENTERSTONE INSURANCE & FINANCIAL SVCS | 21729 | 3/17/2021 | 107,287.63 |
| CHADLER SOLUTIONS | 21903 | 4/19/2021 | 6,464.64 |
| COASTAL FINANCIAL GROUP | 21909 | 4/19/2021 | 7,171.91 |
| COASTAL FINANCIAL GROUP | 21560 | 2/15/2021 | 6,727.84 |
| COASTAL FINANCIAL GROUP | 22065 | 5/13/2021 | 6,366.51 |
| CONCORD MANAGEMENT RESOURCES | 02/21 ACH | 2/17/2021 | 531,968.02 |
| CONCORD MANAGEMENT RESOURCES | 03/21 ACH | 3/22/2021 | 522,985.69 |
| CONCORD MANAGEMENT RESOURCES | 04/21 ACH | 4/22/2021 | 489,681.85 |
| CONCORD MANAGEMENT RESOURCES | 05/21 ACH | 5/13/2021 | 450,054.19 |
| COOPER LEVENSON | 04/21 ACH 2 | 4/30/2021 | 10,000.00 |
| COOPER LEVENSON | 02/21 ACH | 2/2/2021 | 10,000.00 |
| COOPER LEVENSON | 04/21 ACH | 4/8/2021 | 10,000.00 |
| COOPER LEVENSON | 21706 | 2/24/2021 | 10,000.00 |
| DEERWALK, INC | 02/21 ACH | 2/17/2021 | 10,874.51 |
| DEERWALK, INC | 03/21 ACH | 3/22/2021 | 10,529.28 |
| DEFINITIVE INSURANCE MGMT SERVICES, INC | 02/21 ACH | 2/17/2021 | 13,500.00 |
| EMERSON, REID & CO. INC. | 21929 | 4/19/2021 | 201,611.70 |
| EMERSON, REID & CO. INC. | 21582 | 2/15/2021 | 184,824.97 |
| EMERSON, REID & CO. INC. | 21754 | 3/17/2021 | 173,634.35 |
| EMERSON, REID & CO. INC. | 22085 | 5/13/2021 | 161,512.88 |
| FNA INSURANCE SERVICES, INC. | 21931 | 4/19/2021 | 22,859.62 |
| FNA INSURANCE SERVICES, INC. | 21756 | 3/17/2021 | 18,744.60 |
| FNA INSURANCE SERVICES, INC. | 22087 | 5/13/2021 | 16,160.36 |
| FNA INSURANCE SERVICES, INC. | 21586 | 2/15/2021 | 11,998.11 |
| GENOVA BURNS, LLC | 04/21 ACH | 4/8/2021 | 13,500.00 |
| GUARDIAN LIFE INSURANCE CO. | 21863 | 3/17/2021 | 8,655.67 |
| GUARDIAN LIFE INSURANCE CO. | 21940 | 4/19/2021 | 6,947.64 |
| HCP NATIONAL INSURANCE SERVICES | 04/21 ACH 2 | 4/27/2021 | 52,435.84 |

| | | | |
|---|---|---|---|
| HCP NATIONAL INSURANCE SERVICES | 03/21 ACH | 3/22/2021 | 14,334.30 |
| HCP NATIONAL INSURANCE SERVICES | 02/21 ACH | 2/17/2021 | 14,329.80 |
| HCP NATIONAL INSURANCE SERVICES | 04/21 ACH | 4/22/2021 | 13,240.80 |
| HCP NATIONAL INSURANCE SERVICES | 05/21 ACH | 5/13/2021 | 12,385.80 |
| JACOBSON, GOLDFARB AND SCOTT, INC | 21956 | 4/19/2021 | 8,484.24 |
| JACOBSON, GOLDFARB AND SCOTT, INC | 21781 | 3/17/2021 | 7,100.53 |
| JACOBSON, GOLDFARB AND SCOTT, INC | 21614 | 2/15/2021 | 6,540.74 |
| KENNETH J CHIELLINI | 21970 | 4/19/2021 | 7,374.48 |
| KISTLER TIFFANY BENEFITS | 21633 | 2/15/2021 | 89,092.25 |
| KISTLER TIFFANY BENEFITS | 21974 | 4/19/2021 | 76,906.69 |
| KISTLER TIFFANY BENEFITS | 22128 | 5/13/2021 | 76,372.44 |
| KISTLER TIFFANY BENEFITS | 21800 | 3/17/2021 | 69,182.83 |
| LANDICE | 21635 | 2/15/2021 | 23,586.03 |
| LIBERTY LIGHTING GROUP | 22134 | 5/13/2021 | 28,406.24 |
| LITE DEPALMA GREENBERG | 21640 | 2/15/2021 | 14,549.29 |
| MARTIN INSURANCE SERVICES INC | 21981 | 4/19/2021 | 100,095.21 |
| MARTIN INSURANCE SERVICES INC | 21807 | 3/17/2021 | 85,225.22 |
| MARTIN INSURANCE SERVICES INC | 21643 | 2/15/2021 | 80,471.90 |
| MARTIN INSURANCE SERVICES INC | 22137 | 5/13/2021 | 76,501.63 |
| MEEKER SHARKEY ASSOC. LLC | 21809 | 3/17/2021 | 10,565.29 |
| MEEKER SHARKEY ASSOC. LLC | 21983 | 4/19/2021 | 10,524.94 |
| MEEKER SHARKEY ASSOC. LLC | 22139 | 5/13/2021 | 10,173.39 |
| MEEKER SHARKEY ASSOC. LLC | 21646 | 2/15/2021 | 10,147.22 |
| MONICA CRISTINA MURRAY | 22141 | 5/13/2021 | 6,753.44 |
| MONICA CRISTINA MURRAY | 21985 | 4/19/2021 | 6,594.30 |
| MONICA CRISTINA MURRAY | 21648 | 2/15/2021 | 6,423.29 |
| MONMOUTH PLASTIC SURGERY | 21649 | 2/15/2021 | 8,929.88 |
| NEW AGENCY PARTNERS, LLC | 21988 | 4/19/2021 | 6,279.52 |
| O.C.A. BENEFIT SERVICES, LLC | 21654 | 2/15/2021 | 24,094.44 |
| OCEAN CARDIOVASCULAR | 21655 | 2/15/2021 | 9,404.20 |
| PARTNERRE AMERICA INSURANCE COMPANY | 03/21 ACH | 3/22/2021 | 1,090,955.76 |
| PARTNERRE AMERICA INSURANCE COMPANY | 02/21 ACH | 2/17/2021 | 1,090,635.94 |
| PARTNERRE AMERICA INSURANCE COMPANY | 04/21 ACH | 4/22/2021 | 1,012,087.20 |
| PARTNERRE AMERICA INSURANCE COMPANY | 05/21 ACH | 5/13/2021 | 946,825.60 |
| PINCZEWSKI & BAURKOT PC | 21660 | 2/15/2021 | 6,412.48 |
| PROFESSIONAL GROUP PLANS | 21997 | 4/19/2021 | 21,910.29 |
| PROFESSIONAL GROUP PLANS | 22154 | 5/13/2021 | 21,807.04 |
| PROFESSIONAL GROUP PLANS | 21824 | 3/17/2021 | 17,134.82 |
| PROFESSIONAL GROUP PLANS | 21662 | 2/15/2021 | 15,397.52 |
| PRUDENTRX, LLC | 21702 | 2/17/2021 | 65,067.36 |
| PRUDENTRX, LLC | 21825 | 3/17/2021 | 62,709.89 |
| PRUDENTRX, LLC | 22039 | 4/30/2021 | 49,775.63 |
| QUEEN FUNDING LLC | 21663 | 2/15/2021 | 14,647.76 |
| RR LAKETRANS INC T/A AAMCO TRANSMISSIONS | 21833 | 3/17/2021 | 7,869.09 |
| SAVOY ASSOCIATES | 22004 | 4/19/2021 | 115,610.69 |
| SAVOY ASSOCIATES | 21834 | 3/17/2021 | 102,874.30 |
| SAVOY ASSOCIATES | 21674 | 2/15/2021 | 102,123.84 |
| SAVOY ASSOCIATES | 22160 | 5/13/2021 | 96,567.03 |
| STERLING INSURANCE CONCEPTS | 22011 | 4/19/2021 | 15,712.92 |

| | | | |
|---|---|---|---|
| STERLING INSURANCE CONCEPTS | 21681 | 2/15/2021 | 12,786.28 |
| STERLING INSURANCE CONCEPTS | 22168 | 5/13/2021 | 11,851.52 |
| STERLING INSURANCE CONCEPTS | 21840 | 3/17/2021 | 11,799.80 |
| TEAM LIFE | 21685 | 2/15/2021 | 6,295.29 |
| THE HIC GROUP | 21845 | 3/17/2021 | 7,147.51 |
| THE HIC GROUP | 22016 | 4/19/2021 | 6,977.89 |
| THE HIC GROUP | 22173 | 5/13/2021 | 6,886.39 |
| THE HIC GROUP | 21687 | 2/15/2021 | 6,808.27 |
| THE PREFERRED CLIENT GROUP, LLC | 21847 | 3/17/2021 | 19,951.04 |
| THE PREFERRED CLIENT GROUP, LLC | 22019 | 4/19/2021 | 17,560.69 |
| THE PREFERRED CLIENT GROUP, LLC | 21689 | 2/15/2021 | 13,037.31 |
| THE PREFERRED CLIENT GROUP, LLC | 22175 | 5/13/2021 | 12,820.80 |
| WINDSOR STRATEGY PARTNERS, INC | 02/21 ACH | 2/17/2021 | 44,655.20 |
| WINDSOR STRATEGY PARTNERS, INC | 03/21 ACH | 3/22/2021 | 43,938.70 |
| WINDSOR STRATEGY PARTNERS, INC | 04/21 ACH | 4/22/2021 | 42,387.50 |
| WINDSOR STRATEGY PARTNERS, INC | 05/21 ACH | 5/13/2021 | 40,609.70 |
| WITHUMSMITH+BROWN | 22187 | 5/13/2021 | 19,318.00 |

12,440,322.27

**RIDER TO SOFA #30**

**TRUSTEES**

Lawrence Downs, Esq.
Medical Society of NJ
2 Princess Road
Lawrenceville, NJ 08648

Krishna Bhaskarabhatla, MD, MSc,
FAAFP
North Jersey IPA-St. Joseph's
1031 McBride Ave, Suite D208
Woodland Park NJ 07424

Rodolfo Colaco, MD
Trinitas
431 Elmora Ave.
Elizabeth, NJ 07208

Jose Flores, DO
Mountainside IPA
230 Sherman Avenue
Glen Ridge, NJ 07028

Frances Keane
CentraState Health System
901 W. Main Street
Freehold, NJ 07728

Marc J. Levine, MD
Medical Society of  NJ
2 Princess Road
Lawrenceville, NJ 08648

John Sarno
Employers Association of New
Jersey
30 West Mount Pleasant Ave
Suite 201
Livingston, NJ 07039

Rohan Somar, MD
Northwest IPA- St. Clare's Health
System
25 Pocono Road
Denville, NJ 07834

Rebecca Turetzkin
New Jersey Chamber of Commerce
216 West State Street
Trenton, NJ 08608

John Vigorita
VISTA IPA
95 Summit Avenue, 4th Floor
Summit, NJ 07901

Mario Vitiello
Risk Transfer Strategies, LLC.
21 Apgar Court
Flemington, NJ 08822

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re   <u>Affiliated Physicians and Employers Master Trust</u>         Case No. _____
                                       Debtor(s)        Chapter   <u>11</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................. $ _____ 50,000.00

   Prior to the filing of this statement I have received .................... $ _____ 50,000.00

   Balance Due ..................................................................... $ _____ 0.00

2. $ <u>1,738.00</u> of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>May 24, 2021</u>                        /s/ Daniel M. Stolz
*Date*                                      Daniel M. Stolz
                                            *Signature of Attorney*
                                            GENOVA BURNS LLC
                                            110 Allen Road
                                            Suite 304
                                            Basking Ridge, NJ 07920
                                            (973) 467-2700  Fax: (973) 467-8126
                                            dstolz@genovaburns.com
                                            *Name of law firm*

# United States Bankruptcy Court
### District of New Jersey

In re   Affiliated Physicians and Employers Master Trust _____    Case No. _____
                                    Debtor(s)                                Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of Affiliated Physicians and Employers Master Trust of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 24, 2021 _____        Signature   /s/ Lawrence Downs _____
                                                              Lawrence Downs

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re    Affiliated Physicians and Employers Master Trust

                                          Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of Affiliated Physicians and Employers Master Trust of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 24, 2021

/s/ Lawrence Downs

Lawrence Downs/Chairman of Affiliated Physicians and Employers
Master Trust
Signer/Title

AAJ Technologies
500 W. Cypress Creeek Rd
Suite 570
Fort Lauderdale, FL 33309


Acrisure, LLC
310 Passaic Ave
Suite 202
Fairfield, NJ 07004


Aetna
PO Box 88863
Chicago, IL 60695-1863


Aetna-MSA
9 Entin Road, Suite 203
Parsippany, NJ 07054


Aetna-RX
9 Entin Road, Suite 203
Parsippany, NJ 07054


Alliance Benefit Solutions LLC
1800 Rt. 34, Bldg 2, #207
Wall, NJ 07719


Altigro Benefit Services
3 Route 46 West
Fairfield, NJ 07004


Altomare Financial Group
1680 Route 23 North
Suite 200
Wayne, NJ 07470


Ambassador Benefits Consulting, LLC
36 Ambassador Drive
PO Box 8595
Red Bank, NJ 07701


American Benefits Planning Group
25 Independence Blvd.
Suite 102
Warren, NJ 07059

Amita M. Patel DDS
659 New Dover Road
Edison, NJ 08820


Anthony Canderozzi
10 Swallow Tail Court
Jackson, NJ 08527


Anthony J. Fonseca Agency, LLC
PO Box 1044
Springfield, NJ 07081


Anthony P. Carro
7 Westbrook Drive
Morganville, NJ 07751


Anthony S. Cupo Agency
50 Mount Prospect Ave
Clifton, NJ 07013


AP Benefit Advisors/Assured Partners
718 River Road
Fair Haven, NJ 07704


April L. Masefield
122 Seminole Ave
Oakland, NJ 07436


Bala Subramanian
14 Waldhaven Court
Piscataway, NJ 08854


BIONJ
200 Jefferson Park
Whippany, NJ 07981


BIS Risk Management, Inc.
520 Speedwell Ave
Suite 105
Morris Plains, NJ 07950


Blue Ocean Benefits
1971 State Hwy 34
Suite 202
Wall, NJ 07719

Boynton & Boynton
21 Cedar Ave
Red Bank, NJ 07704


Brainbuilders, LLC
945 River Ave., Suite 201
Lakewood, NJ 08701


Broker on Demand LLC
1088 Hoover Drive
North Brunswick, NJ 08902


Brown & Brown of Pennsylvania LP
125 E. Elm Street
Suite 210
Conshohocken, PA 19428


Cape Life & Health LLC
1022 Seashore Road
Cape May, NJ 08204


CBIZ Benefits Insurance Services, Inc.
700 West 4th Street
Suite 1100
Kansas City, MO 64112


Centerpoint Consulting
461 Somerset St.
North Plainfield, NJ 07060


Centerstone Insurance & Financial Svcs
12404 Park Central Drive
Suite 400S
Dallas, TX 75251


Chadler Solutions
100 Passaic Ave.
Suite 120
Fairfield, NJ 07004


Chas E Rue & Son, Inc.
3812 Quakerbridge Road
Hamilton, NJ 08619

Christina King
475 Metro Place S. #210
Dublin, OH 43017


Christopher DeMarco
72 Eagle Rock Ave., #260
East Hanover, NJ 07936


Clarke Insurance Agency, Inc.
211 High Street
Mount Holly, NJ 08060


CMR
80 Cottontail Lane, Suite 204
Somerset, NJ 08873


Coastal Financial Group
150 River Road
Suite E3
Montville, NJ 07045


Concord Management Resources
399 Campus Dr.
Suite 300, Floor 3
Somerset, NJ 08873


Congilose & Associates, Inc.
2111 Route 34 South
Wall, NJ 07719


Conner Strong & Buckelew Companies, LLC
PO Box 99106
Camden, NJ 08101


Cook Maran & Assocaites, Inc.
40 Marcus Drive, 3rd Fl.
Melville, NY 11937


Cooper Levenson
1125 Atlantic Ave
Atlantic City, NJ 08401


Core Benefit Concepts, LLC
338 Post Avenue
Lyndhurst, NJ 07071

Cornerstone Financial Group
51 Main Street
Succasunna, NJ 07876


Corporate Benefit Solutions
704 Passaic Ave.
West Caldwell, NJ 07006


Corporate Star, LLC
1001 West Main St.
Suite C
Freehold, NJ 07728


Corporate Synergies Group, LLC
2 Aquarium Drive
Suite 200
Camden, NJ 08103


Dacca Insurance Agency, LLC
2 Katie Court
Lakewood, NJ 08701


Daniel Carnicella
661 Franklin Ave
Nutley, NJ 07110


Daniel Goldstein Insurance Agency, Inc.
1119 Somerset Ave.
Lakewood, NJ 08701


David O'Neill
8 Baltimore Blvd.
Sea Girt, NJ 08750


Deepak Belani
3406 Springbrook Drive
Edison, NJ 08820


Deerwalk
430 Bedford St
Lexington, MA 02420

Deerwalk, Inc.
430 Bedford Street
Suite 175
Lexington, MA 02420


Definitive Insurance Mgmt Services, Inc.
24 Arnett Ave.
Suite 115
Lambertville, NJ 08530


Delta Dental
1639 Rte 10
Parsippany, NJ 07054


Delta Dental of NJ-PPO
1639 Route 10
Parsippany, NJ 07054


Digital Insurance, Inc.
200 Galleria Parkway
Suite 1950
Atlanta, GA 30339


Diligent
1111 19th St NW, 9TH fL.
Washington, DC 20036


Doamm Agency, LLC
3131 Princeton Pike
Bldg. #6, Suite #201
Lawrenceville, NJ 08648


Dominion Financial Group
766 Shrewsbury Ave.
Suite 304
Tinton Falls, NJ 07724


Dorothy Albala
2131 Burtonsville Drive
Henderson, NV 89044


Edward J. Marko
239 Prospect Plains Road
Suite C202
Monroe Township, NJ 08831

Elena Novikova
147 Levinberg Lane
Wayne, NJ 07470


Eli Benefits LLC
11 Timber Trail
Boonton, NJ 07005


Emerson, Reid & Co., Inc.
3669 River Drive Center II
Suite 305
Elmwood Park, NJ 07407


Faenza Family Insurance Agency LC
285 Gordons Corner Road
Manalapan, NJ 07726


FFP Insurance Services
871 Poole Ave.
Hazlet, NJ 07730


FNA Insurance Services, Inc.
1000 Woodbury Lane
Suite 403
Woodbury, NY 11797


Forest Financial Group
52 Forest Ave.
Paramus, NJ 07652


Francis J. White
PO Box 35
Kendall Park, NJ 08824


Frank M. Scozzafava
11 Sunflower Avenue
Prudential
Paramus, NJ 07652


Gallagher Benefit Services
2850 Golf Road
Rolling Meadows, IL 60008

Garrick Cox, MD LLC
246 Hamburg Turnpike
Suite 302
Wayne, NJ 07470


Gary O. Genuario
113 East Passaic Ave.
Bloomfield, NJ 07003


Gerald L. Goldfischer
1354 River Road
Teaneck, NJ 07666


Gilbert Carrara Insurance Agency, Inc.
466 Southern Blvd.
Washington Bldg., 2nd Fl.
Chatham, NJ 07928


Glenn E. Stephenson
3 Werner Way
Suite 204
Lebanon, NJ 08833


Glushanok & Associates LLC
1 International Blvd.
Suite 720
Mahwah, NJ 07495


Grinspec of NJ dba Centric Benefits Cons
219 South Street
New Providence, NJ 07974


Group Health Solutions, Inc.
437 E. Allen St., 2nd Fl.
Hudson, NY 12534


Guardian
4 Campus Drive, Suite 100
Parsippany, NJ 07054


Guardian Life Insurance Co.
PO Box 824404
Philadelphia, PA 19182-4404

Hafetz and Associates, LLC
609 New Road
Linwood, NJ 08221


Harbor Lights Risk Management
252 Washington St.
Suite B1
Toms River, NJ 08753


Harry Riesenberg
623 Eagle Rock Ave.
#382
West Orange, NJ 07052


HCP National
16A Journey, Suite 150
Aliso Viejo, CA 92656


HCP National Insurance Services
16A Journey, Suite 150
Aliso Viejo, CA 92656


Healthcare Business Planning Group, LLC
PO Box 443
Manalapan, NJ 07726


Henry O. Baker, Inc.
7 S. Warren St.
Dover, NJ 07801


Herbert L. Jamison & Co., LLC
20 Commerce Drive
Suite 200
Cranford, NJ 07016


HUB International Northeast Limited
1393 Veterans Memorial Hwy
Suite 210N
Hauppauge, NY 11788


Hudson Shore Group
141 W. Front St.
Suite 310
Red Bank, NJ 07701

Hudson Wealth Management LLC
30 Broad Street
Suite 2
Red Bank, NJ 07701


Hueston McNulty
Anthony Chirles, Jr., Esq.
Hueston McNulty PC
256 Columbia Tpke, Suite 207
Florham Park, NJ 07932


Hueston McNulty, P.C.
256 Columbia Turnpike
Suite 207
Florham Park, NJ 07932


Ideal Insurance Agency
326 3rd Street
Lakewood, NJ 08701


Innovative Captive Strategies, LLC
2727 Grand Prairie Parkway
Waukee, IA 50263


Innovative Life and Health Corp.
116 Tamarack Circle
Skillman, NJ 08558


Insurance Compliance Agency, Inc.
2 Kellie Court
Califon, NJ 07853


Integrative Health & Benefit Solutions L
14 Carol Place
Freehold, NJ 07728


Integrity Health LLC
76 W. Gilbert St.
Red Bank, NJ 07701


IOA Northeast Inc.
1451 Route 34
Suite 100
Farmingdale, NJ 07727

J.D. Moschitto & Associates, Inc.
2 Lyon Place
White Plains, NY 10601


Jabulani Lovelace
282 Dewey Place
Teaneck, NJ 07666


Jacobson, Goldfarb and Scott, Inc.
101 Crawfords Corner Road
Suite 1300
Holmdel, NJ 07733


James Dawson/Dawson Benefits
24 Torton Road
Mahwah, NJ 07430


James Laplaca
520 New Jersey Avenue
Brick, NJ 08724


James M. Restaino
555 South Ave. East
Unit 432
Cranford, NJ 07016


James McNamara
119 Hillcrest Ave.
Neptune, NJ 07753


Jamie A. Betar
1305 Campus Parkway
Wall Township, NJ 07753


Jerome P. Goldberg
110 Fieldcrest Ave.
Suite 20
Edison, NJ 08837


Jerzy Wiech
11 Delbarton Ct.
Hackettstown, NJ 07840

Jet Health Solutions
6301 NW 5th Way
Suite 1700
Fort Lauderdale, FL 33309


John C. Haugh
39 Michelle Way
Pine Brook, NJ 07058


Johnson Kendall & Johnson Benefits Inc.
109 Pheasant Run
Newtown, PA 18940


Joseph Curcio
327 Tulip Lane
Freehold, NJ 07728


Karabulut and Co Ins Agency LLC
318 Clifton Ave
Clifton, NJ 07011


Karen R. Kuiphoff
39 North Western Ave
Butler, NJ 07405


Karl W. Keller
840 Vail Road
Parsippany, NJ 07054


Katz Pierz Inc.
413 Marlton Pike East
Suite 110
Cherry Hill, NJ 08034


Kbenefits, LLC
13 Mead Avenue
Freehold, NJ 07728


Kenneth J. Chiellini
249 Rockland Ave
River Vale, NJ 07675


Keown Insurance Group, LLC
640 Bensel Drive
Landing, NJ 07850

Kevin Schaffer Insurance Concepts
10 W. 18th St.
Ocean City, NJ 08226


Keystone Planning Group, LLCQ
1303 Greenway Blvd.
Roselle, NJ 07203


Kistler Tiffany Benefits
400 Berwyn Park, Suite 200
899 Cassatt Road
Berwyn, PA 19312


Konteego LLC
50 Division St., Suite 202
Somerville, NJ 08876


Kore Insurance Holdings LLC
354 EWisenhower Parkway
Livingston, NJ 07039


Kristin M. Belger
PO Box 552
Manasquan, NJ 08736


Laurie Goldsmith-Heitner, CLU
750 Castleman Drive
Westfield, NJ 07090


Law Office of Cohens and Howard LLP
766 Shrewsbury Ave
Tinton Falls, NJ 07724


Lawall & Mitchell, LLC
55 Madison Ave.
Morristown, NJ 07960


Liberty Insurance Agency Inc.
525 Route 33
Millstone Township, NJ 08535


Lincoln Management Corp.
703 Hommann Ave
Perth Amboy, NJ 08861

Marsh & McLennan Agency, LLC
250 Pehle Ave, Suite 400
Park 80 West, Plaza Two
Saddle Brook, NJ 07663


Martin Insurance Services Inc.
259 Prospect Plains Road
Bldg. F, Suite 110
Cranbury, NJ 08512


Mazie, Slater, Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068


Medical Society of NJ Insurance Agency
2 Princess Road
Lawrenceville, NJ 08648


Meeker Sharkey Assoc. LLC
21 Commerce Drive
Suite 200
Cranford, NJ 07016


Mercherie Bladzinski
801 SW San Antonio Dr
Palm City, FL 34990


Mid Atlantic Benefit Strategies
1800 Route 34
Building 2, Suite 201
Wall, NJ 07719


Middlesex Emergency Physicians PA
PO Box 634575
Cincinnati, OH 45263-4575


MJL Insurance Agency
1075 Route 82
Suite 6
Hopewell Junction, NY 12533


Monica Cristina Murray
33506 Windcrest Estates Blvd.
Magnolia, TX 77354

Name Benefits Inc.
170 Route 31, Suite 13
Flemington, NJ 08822


New Agency Partners, LLC
20 Waterview Blvd, Suite 401
Parsippany, NJ 07054


Nick Shah
1449 Washington Valley Road
Bridgewater, NJ 08807


NJ Association of Health Underwriters
312 North Avenue East
Suite 5
Cranford, NJ 07016


Northeast Professional Planning Group
494 Sycamore Ave
Shrewsbury, NJ 07702


O.C.A. Benefit Services, LLC
3705 Quakerbridge Road
Suite 216
Mercerville, NJ 08619


OCA
3705 Quakerbridge Road
Suite 216
Mercerville, NJ 08619


Otterstedt Insurance Agency
540 Sylvan Ave
Englewood Cliffs, NJ 07632


Park Avenue Insurance Agency
410 Monmouth Ave
Suite 302
Lakewood, NJ 08701


Partner RE
6900 Wedgewood Road North
Suite 120
Maple Grove, MN 55311

Partnerre America Insurance Company
450 Sansome Street, 4th Fl.
San Francisco, CA 94111


Patrick Bernard Grant
481 Upper Blvd.
Ridgewood, NJ 07450


Patrick M. Kuster
268 N. Chestnut St.
Massapequa, NY 11758


Philip Siciliano
65 Swimming River Road
Lincroft, NJ 07738


Precision Benefits Group
2325 Brown St., Suite 1F
Philadelphia, PA 19130


Princeton Institute of Languages
dba Inlingua
100 Canal Point Blvd, Suite 206
Princeton, NJ 08540


Princeton Strategic Comm
160 W. State St., Suite 7
Trenton, NJ 08608


Princeton Strategies
160 West State St.
Trenton, NJ 08608


Professional Group Plans
PO Box 21219
New York, NY 10087-1219


Prudentrx, LLC
3820 Northdale Blvd.
Suite 311A
Tampa, FL 33624


R. Stephens Financial, Inc.
10 Wilsey Square
Ridgewood, NJ 07450

Rakesh K. Sharma
c/o New York Life Insurance
379 Thornall St., 8th Fl.
Edison, NJ 08837


Renee M. Snyder
54 Sandpiper Drive
Manalapan, NJ 07726


Robert D'Meo
276 Main St.
Metuchen, NJ 08840


Robert Siegel
5 Roehm Court
West Orange, NJ 07052


Robert Van Riper Insurance Agency, Inc.
10 Orchard Road
Pompton Plains, NJ 07444


Robert Wolf
355 Lexington Ave.
22nd Fl.
New York, NY 10017


Ronald J. Costello
195 Maple Ave.
Red Bank, NJ 07701


Samra Plastic Surgery
733 North Beers Street
Holmdel, NJ 07733


Savoy Associates
25B Hanover Road
Florham Park, NJ 07932


SDF Associates 1991 Ltd.
571 McDonald Ave.
Brooklyn, NY 11218


Shore Benefits Brokerage LLC
4 Interlaken Drive
Interlaken, NJ 07712

Sovos Compliance LLC
200 Ballardvalle St.
Building #1, 4th Fl.
Wilmington, MA 01887


Specialized Health Services LLC
555 South Avenue East
Unit 432
Cranford, NJ 07016


Stanely H. Allen, Inc.
630 S. Brewster Road, Bldg. C
PO Box 790
Vineland, NJ 08362-0790


State of New Jersey General Treasury
20 West State St.
PO Box 325
Trenton, NJ 08625


Stephen Bartsch
364 Parsippany Road
Suite 10B
Parsippany, NJ 07054


Stephen Degersdorff
161 Little Silver Point Road
Little Silver, NJ 07739


Sterling Insurance Concepts
902 East County Line Road
Lakewood, NJ 08701


Strategic Benefits Group LLC
PO Box 480
Roseland, NJ 07068


Strategic Group Partners LLC
14 Ave K
Monroe Township, NJ 08831


Strategic Underwriting Solutions, Inc.
2593 Development Drive
Suite 200
Green Bay, WI 54311

Susan Rymer
264 Branchport Ave
Long Branch, NJ 07740


Suzanne Seligson
87 Buckingham Road
Montclair, NJ 07043


Temple FAC Endocrinology
PO Box 824940
Philadelphia, PA 19182-4940


The Hamilton Group
3 Wing Drive
Cedar Knolls, NJ 07927


The HIC Group
20 Waterview Blvd.
Suite 401
Parsippany, NJ 07054


The O'Connor Group
15 Wychview Drive
Westfield, NJ 07090


The Preferred Client Group LLC
11 Fowler Drive
West Orange, NJ 07052


The Stratford Financial Group, Inc.
271 Route 46 West
Suite G-206
Fairfield, NJ 07004


The Wilshire Group
2035 Lincoln Highway
Suite 1080
Edison, NJ 08817


Thomas Gawron
4 Talina Court
Ramsey, NJ 07446

Thomas Giunta
203 Arbutus Ave
Staten Island, NY 10312


Total Transit Solutions, Inc.
108 Williamsburg Lane
Lakewood, NJ 08701


Two River Benefits Consultants, LLC
818 Shrewsbury Ave
Tinton Falls, NJ 07724


USI Insurance Services LLC
200 Summit Lake Drive
Suite 350
Valhalla, NY 10595


Vafa Sarmasti, Esq.
Samasti, PLLC
271 US Highway 46 W
Suite A205
Fairfield, NJ 07004


Vincent Pace
4 Van Duyne Ct
Towaco, NJ 07082


Whitney H Roddy Inc.
PO Box 149
Bloomfield, NJ 07003


William A. Narduzzi
PO Box 480
Roseland, NJ 07068


William Henry Phelan
78 Main St.
PO Box 759
Madison, NJ 07940


William O'Shea
45 N. Broad St.
Ridgewood, NJ 07450

Willis of New Jersey, Inc.
150 John F. Kennedy Parkway
Suite 520
Short Hills, NJ 07078


Windsor Strategy Partners, Inc.
777 Alexander Road
Suite 201
Princeton, NJ 08540


WithumSmith & Brown
506 Carnegie Center
#400
Princeton, NJ 08540


Workplace Benefits
13 Patricia Lane
Sparta, NJ 07871


World Insurance Associates LLC
656 Shrewsbury Ave
Suite 200
Tinton Falls, NJ 07701


Zimmerman Financial Group, Inc.
7 Stadelman Court
Kendall Park, NJ 08824

# United States Bankruptcy Court
## District of New Jersey

In re  Affiliated Physicians and Employers Master Trust

Debtor(s)

Case No. _____

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Affiliated Physicians and Employers Master Trust   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 24, 2021
_____
Date

/s/ Daniel M. Stolz
Daniel M. Stolz
**Signature of Attorney or Litigant**
Counsel for   Affiliated Physicians and Employers Master Trust
GENOVA BURNS LLC
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
dstolz@genovaburns.com