UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: : | Chapter 11 |
| : | |
| Affiliated Physicians and Employers Master Trust, : | Case No.: 21-14286 (MBK) |
| : | |
| Debtor. : | Honorable Michael B. Kaplan |
| : | |

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Brian W. Hofmeister, Esquire
> The Law Firm of Brian W. Hofmeister LLC
> 3131 Princeton Pike
> Building 5, Suite 110
> Lawrenceville, NJ 08648
> (609) 890-1500
> bwh@hofmeisterfirm.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

> ANDREW R. VARA
> UNITED STATES TRUSTEE
> REGIONS 3 and 9
>
> By:  */s/ Martha R. Hildebrandt*
>         Martha R. Hildebrandt
>         Assistant United States Trustee

Dated:   May 25, 2021