| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**GENOVA BURNS LLC**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Counsel to Affiliated Physicians and Employers Master Trust*<br>**DANIEL M. STOLZ, ESQ.**<br>**DONALD W. CLARKE, ESQ.** | Order Filed on June 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**AFFILIATED PHYSICIANS AND EMPLOYERS MASTER TRUST d/b/a MEMBER HEALTH PLAN NJ**<br><br>                    Debtor. | Chapter 11<br><br>Hon. Michael B. Kaplan<br><br>Case No.: 21-14286-MBK |

**ORDER (I) AUTHORIZING THE DEBTOR TO ASSUME THE MASTER SERVICES AGREEMENT WITH AETNA LIFE INSURANCE COMPANY, (II) AUTHORIZING THE DEBTOR TO FUND AETNA'S PREPETITION AND POSTPETITION FUNDING REQUESTS ON ACCOUNT OF THE DEBTOR'S SELF-INSURED MEDICAL AND PRESCRIPTION CLAIM OBLIGATIONS INCURRED PRE AND POSTPETITION, AND (III) AUTHORIZING ENTRY INTO AND PERFORMANCE UNDER LETTER AGREEMENT DATED JUNE 8, 2021**

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: June 10, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page** 2**)**

| | |
|---|---|
| Debtor: | Affiliated Physicians and Employers Master Trust |
| Case No.: | 21-14286-MBK |
| Caption: | Order (I) Authorizing the Debtor to Assume the Master Services Agreement with Aetna Life Insurance Company, (II) Authorizing the Debtor to Fund Aetna's Prepetition and Postpetition Funding Requests, and (III) Authorizing Entry Into and Performance Under Letter Agreement Dated June 8, 2021 |

---

Upon the motion (the "Motion") of the Debtor, by and through their counsel, Genova Burn, LLC, seeking entry of an order authorizing the Debtor to assume the Master Services Agreement (together with all amendments thereto, the "Aetna MSA") with Aetna Life Insurance Company, and fund Aetna's prepetition and postpetition funding requests [Doc 23], as subsequently supplemented by letter filed June 9, 2021 [Doc 38]; and it appearing that the Court has jurisdiction to consider this Motion; and it appearing that the relief requested in the best interest of the Debtor, its estate and creditors; and it appearing that due notice of the Motion has been given and no further notice need to be given; and upon the proceedings before the Court; and good and sufficient cause appearing;

**IT IS HEREBY:**

**ORDERED**, that the Master Services Agreement (together with all amendments) with Aetna Life Insurance Company, attached to the Motion as Exhibit "A," is hereby **ASSUMED** by the Debtor, and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 365(b), within five (5) business days of entry of this Order, the Debtor shall cure known defaults under the Aetna MSA, including outstanding reimbursement obligations owed as of the date hereof, and it is further

**(Page** 3**)**

| | |
|---|---|
| Debtor: | Affiliated Physicians and Employers Master Trust |
| Case No.: | 21-14286-MBK |
| Caption: | Order (I) Authorizing the Debtor to Assume the Master Services Agreement with Aetna Life Insurance Company, (II) Authorizing the Debtor to Fund Aetna's Prepetition and Postpetition Funding Requests, and (III) Authorizing Entry Into and Performance Under Letter Agreement Dated June 8, 2021 |

---

**ORDERED**, that, pursuant to 11 U.S.C. § 363, the Debtor and Aetna Life Insurance Company are authorized to enter into and perform under that certain letter agreement (the "Letter Agreement"), dated June 8, 2021, [Doc 38, Ex A], and it is further

**ORDERED**, that the Debtor is authorized to fund Aetna's prepetition and postpetition funding requests on account of the Debtor's self-insured medical and prescription claim obligations incurred pre and postpetition.