| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**MIDDLEBROOKS SHAPIRO, PC**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>*middlebrooks@middlebrooksshapiro.com*<br>Attorneys for Creditors, Nissenbaum Law Group, LLC and Gary D. Nissenbaum, Esq. |

| | |
|---|---|
| In re:<br><br>**AFFILIATED PHYSICIANS AND EMPLOYERS MASTER TRUST d/b/a MEMBER HEALTH PLAN NJ**,<br><br>Subchapter V Chapter 11 debtor. | Subchapter V Chapter 11<br><br>Chief Judge Michael B. Kaplan<br><br>Case No. 21-14286(MBK)<br><br>Hearing Date: December 9, 2021<br>                        10:00 a.m. |

## STATEMENT THAT NO BRIEF IS NECESSARY

**NISSENBAUM LAW GROUP, LLC and GARY D. NISSENBAUM, ESQ.**, (collectively "Nissenbaum"), Creditors, by and through counsel, Middlebrooks Shapiro, P.C., respectfully submits this Statement that No Brief is Necessary in relation to their Motion To Convert This Matter To A Standard Chapter 11 Not Governed By Subchapter V; (B) To Form A Creditors' Committee (C) For Judicial Determination Of Full And Final Assessments In Conformance With N.J.S.A. 17b:27c-7; And For Related Relief.

                                                              **MIDDLEBROOKS SHAPIRO, P.C.**
                                                              841 Mountain Avenue, First Floor
                                                              Springfield, New Jersey 07081
                                                              (973) 218-1877
                                                              Attorneys for Creditors Nissenbaum Law Group,
                                                              LLC and Gary D. Nissenbaum, Esq.

                                                              /s/   Melinda Middlebrooks
Dated:  November 16, 2021                                     By:  Melinda D. Middlebrooks, Esq.

1