UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on December 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Affiliated Physicians and Employers Master Trust

Case No.:      21-14286

Chapter:       11 (Small Business
               Subchapter V)

Judge:         Michael B. Kapan

AMENDED
**ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

**DATED: December 10, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been opened to the Court by  Affiliated Physicians and Employer  , Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A.  Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee and to the United States Trustee.

B.    January 6, 2022                          is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C.    January 6, 2022                          is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D.  A hearing will be scheduled for _ January 13, 2022                                      at  10:00 a.m.  _____ for  confirmation  of  the  Plan  before  Chief Judge  Michael B. Kaplan_____, United States Bankruptcy Court, District of New Jersey, _402 East State Street, Trenton, New Jersey 08608_____, in Courtroom  8____.

E.  Within 3 days of this Order, the Debtor shall serve notice of the Plan and Plan process by regular mail on the members of the Debtor's health plan who were enrolled as of or after January 2020 and are subject to the health plan assessment.  The Debtor shall make available to the member or a covered beneficiary, upon request, an electronic copy of the Debtor's proposed Plan and all Plan documents.  In addition, the Debtor will send an electronic mail containing notice of the Plan and Plan process, as well as a copy of the Plan and all Plan documents, to all subscribed members and subscribed covered beneficiaries.

*new.2/19/2020*