December 17, 2021

**FILED**
JEANNE A. NAUGHTON, CLERK

DEC 17 2021

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Clarkson S Fisher U.S. Courthouse
402 East State Street
Courtroom #8
Trenton, NJ 08608

Case Number 21-14286-MBK

To Whom It May Concern:

i have received notice of Subchapter V plan and Plan Process. Please note that I have medical bills from July 16 that have not been paid. specifically

- ~ $116k for liver surgery
- ~ $34k for same day surgery in hospital
- ~ $3.5k anesthesiologist

I know the surgeon's amount should be paid in network, however I do not know what that amount would be. Had I been aware that Members Health was filing for chapter 11 I would not have had the surgery. I would have postponed the surgery so as not to end up a victim which I currently feel like I am

Consider this my formal objection. As a person living on Social Security this is not a bill I need to be responsible for. All my healthcare premiums were paid on time and in full with the belief that I had coverage.

I do not know if my bills were paid or the amount. There is very little communication and I'm left chasing down all my information.

Please advise how I can move forward and have this handled completely

Regards
Marion Niscia
327 Chase Avenue
Lyndhurst, NJ  07071
Cell: 201-965-9012
email: marions@comcast.net

cc: Don Clarke, Genova Burns, LLC

